# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. STOCKMEIER, | 3:09-CV-39-RCJ(VPC) |
| Plaintiff, | **ORDER** |
| v. | |
| MARY BAKER, et al., | |
| Defendants. | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#58) ("Recommendation") entered on November 23, 2009, in which the Magistrate Judge recommends that this Court enter an order granting plaintiff's motion for voluntary dismissal of action (#55). No objection to the Report and Recommendation has been filed.

## I. Discussion

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Further, under 28 U.S.C. § 636(b)(1), if a party makes a timely objection to the magistrate judge's recommendation, then this Court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made."[1] Nevertheless, the statute does not "require[ ] some lesser review by [this Court] when no objections are filed." Thomas v. Arn, 474 U.S. 140, 149–50 (1985). Instead, under the statute, this Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Id. at 149. Similarly, the Ninth Circuit has recognized that a district court is not required to review a magistrate

---

[1] For an objection to be timely, a party must serve and file it within 10 days after being served with the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C).

1

judge's report and recommendation where no objections have been filed. See <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); see also <u>Schmidt v. Johnstone</u>, 263 F.Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in <u>Reyna-Tapia</u> as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then this Court may accept the recommendation without review. See e.g., <u>Johnstone</u>, 263 F.Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

In this case, defendant filed a notice of non-opposition to the motion (#56) and no objection to the Magistrate Judge's Report and Recommendation. Although no objection was filed, this Court has reviewed the Report and Recommendation (#58), and accepts it. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary dismissal of Action (#55) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: This 2nd day of February, 2010.

_____
Robert C. Jones
UNITED STATES DISTRICT JUDGE